# EXHIBIT A






Up to 50% Off All Clearance




Special Deals



*White Sale:* Up to 20% Off Bed & Bath Finds



Delish Food on Sale

Shop the Sale




## Supercharge Your Routine

CurrentBody Skin LED Light Therapy Mask & 10 Hydrogel Masks

**FDA-Cleared Device | Exclusive Configuration**

Shop Now

## *Celebrate Your Best Skin*

Shop Skin-Care Event

It's *glow* time for a gorgeous 2025.




New Arrivals




Staff Picks



Best Sellers




Skin-Care Deals




## Your (Beautiful) Next Chapter

Own the journey with innovations for real life, plus finds to thrill your routine—& the knowledge to help make every day feel *fabulous*.

Shop All Beauty

## On Air






Sunday Brunch Pillowsoft Three Piece Lounge Set
$44.99 ~~$72.00~~

Add To Cart | Speed Buy

## Items Recently On Air

Shop Items On Air




Sunday Brunch Pillowsoft Three Piece Lounge Set
$44.99
~~$72.00~~



MUK LUKS Cloud Knit Pack of 2 Long Sleeve Tees
$27.00



MUK LUKS Checkerbo Robe
$29.98
~~$36.00~~

## Savings Showcase




Audien Hearing Atom Pro 2 Rechargeable In-Ear Hearing Aids




Ornavo Home Foldable Linen Storage Ottoman Bench

## Our Don't-Miss Deal List

Shop the Deals




SALE PRICE

Laura Geller Hydrate & Glow 4-Piece Collection with Bag

$52.98
~~$60.00~~



SALE PRICE

Dyson AM09 Hot & Cool Bladeless Fan & Heater with Jet Focus

$299.98
~~$449.99~~




Laura Geller Serum Blush Cheek Tint Duo

$34.98
~~$39.00~~



Vitamix Explorian 2.0 Variable Speed Blender w/ Accessories

$259.98
~~$379.00~~

Show More (9)



## Scents of the Season

Here to steal your heart: home-fragrance finds inspired by Valentine's Day & more! Shop the full **HomeWorx by Slatkin + Co.** lineup to discover faves for every mood & space.

***Sponsored***

Shop the Brand

## In the Spotlight

Shop Deals




The Original MakeUp Eraser Essentials Set

***Sponsored***



Sale Prices on Health & Fitness Go-Tos



Deals on Sporty Footwear, Plus More



Tech-Refre

## Shop by Category



New Arrivals



Beauty



Fashion



Jewelry



Electronics



Kitchen & Food



Garden & Outdoor Living



Shoes



Handbags & Luggage



For the Home



Health & Fitness



Adaptive & Accessible

## Shows to Know




*Self-Care Beauty*

Friday, 1/10 at 9pm ET on QVC®



*Saturday Morning Q®*

Saturday, 1/11 at 10am ET on QVC®




*Beauty iQ Steal®*

Saturday, 1/11 at 10am ET on QVC2®



*House to H*

Saturday, 1/11
6pm ET on Q\




Get after your goals with inspiration and must-have finds for every resolution on the Everyday Refresh Channel.

Watch on QVC+ & HSN+

## Watch (& Shop) from *Anywhere*

From TV to mobile (& every screen in between), explore all the ways to take us with you.



### Tune In Now

Catch us on QVC, QVC2® & QVC3®.




### Stream QVC+

Your favorite channels & original shows all in one place.



### Our Socials

Follow, like, share & shop.



### Interactive Livestreams

Join & chat along with us.

## QVC Everywhere

So you never miss a moment.

## Our Family of Brands

Discover (& shop) all of Qurate Retail.

# EXHIBIT B

# Diamonique Puffed Pave Bale Initial Necklace with Box, Sterling



Make a selection below to view full product details:

Diamonique Puffed Pave Bail Initial Necklace with Box, Sterling

$43.98 Shop Now

Diamonique Puffed Pave Bail Initial Necklace with Box, 14k Plated

$43.98 Shop Now



**See It in Action**






## We Think You'll Like

See My Recommendations



Belle by Kim Gravel Regular ScubaLuxe Half Zip Tunic

$57.98
~~$66.00~~



Belle by Kim Gravel Petite ScubaLuxe Half Zip Tunic

$57.98
~~$66.00~~



Belle by Kim Gravel Regular ScubaLuxe Straight Pant

$55.98
~~$61.00~~




LOWEST PRICE OF THE SEASON

Cuisinart 3-Cup Mini Prep Plus Food Chopper

$29.98
~~$39.00~~

Show More (8)

# EXHIBIT C

US00D903524S

(12) **United States Design Patent** (10) **Patent No.: US D903,524 S**
**Kovacs** (45) **Date of Patent: ** Dec. 1, 2020**

(54) **ORNAMENT**

(71) Applicant: **International Bullion and Metal Brokers USA Inc.**, Sunrise, FL (US)

(72) Inventor: **Gavin Kovacs**, Boca Raton, FL (US)

(73) Assignee: **International Bullion and Metal Brokers USA INC.**, Sunrise, FL (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/723,391**

(22) Filed: **Feb. 6, 2020**

**Related U.S. Application Data**

(63) Continuation of application No. 16/566,034, filed on Sep. 10, 2019.

(51) **LOC (12) Cl.** .................................................. **11-05**

(52) **U.S. Cl.**
USPC .......................................................... **D11/121**

(58) **Field of Classification Search**
USPC ...... D11/117, 121, 124, 125, 130, 131, 132, D11/133, 157, 164, 141, 142, 143, 152, D11/40; 428/7, 8, 9, 11, 12
CPC .................... A47G 33/00; A47G 33/08; A47G 2033/0827; B44C 5/04; B44C 5/0407; B44C 5/00; B44C 5/0415; B44C 7/00; A44C 7/002; A44C 7/004
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,784,512 | A | * | 3/1957 | Goodwin .............. | B65D 11/02 428/8 |
| 2,800,187 | A | * | 7/1957 | Lehder .................. | A47G 33/10 169/26 |
| 3,533,890 | A | * | 10/1970 | Nesbit ................... | A47G 33/08 428/11 |
| 3,565,735 | A | * | 2/1971 | Burnbaum ............ | A47G 33/08 428/11 |
| 3,694,648 | A | * | 9/1972 | Yates .................... | A47G 33/08 362/311.03 |
| 3,829,348 | A | * | 8/1974 | Spiegel et al. ......... | A47G 33/08 428/11 |
| 3,983,658 | A | * | 10/1976 | de Sanz ................ | A63H 37/00 446/5 |
| D248,620 | S | * | 7/1978 | Dogliotti ..................... | D11/121 |
| 4,309,464 | A | * | 1/1982 | Rauch .................... | A47G 33/08 428/11 |
| 4,358,487 | A | * | 11/1982 | Walker .................. | A47G 33/08 244/31 |
| D268,444 | S | * | 3/1983 | Young .......................... | D11/145 |
| D291,426 | S | * | 8/1987 | Husbands .................. | D11/145 |

(Continued)

*Primary Examiner* — Elizabeth J Oswecki
(74) *Attorney, Agent, or Firm* — Hankin Patent Law, APC; Kevin Schraven; Anooj Patel

(57) **CLAIM**

The ornamental design for an ornament, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of an ornament showing my new design;
FIG. **2** is a bottom perspective view thereof;
FIG. **3** is a front elevational view thereof;
FIG. **4** is a rear elevational view thereof;
FIG. **5** is a right side elevational view thereof;
FIG. **6** is a left side elevational view thereof;
FIG. **7** is a top plan view thereof;
FIG. **8** is a bottom plan view thereof;
FIG. **9** is a front perspective view thereof, shown in an open configuration; and,
FIG. **10** is an exploded view thereof.
The broken lines shown in the drawings represent portions of the ornament that form no part of the claimed design.

**1 Claim, 10 Drawing Sheets**




(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 4,996,087 | A * | 2/1991 | Rebstock | A47G 33/08 | |
| | | | | 428/11 | |
| D336,061 | S * | 6/1993 | Kraselsky | D11/131 | |
| 5,378,512 | A * | 1/1995 | Van Wyk | A47G 33/08 | |
| | | | | 362/806 | |
| 5,399,391 | A * | 3/1995 | Perez-Viera | A47G 33/08 | |
| | | | | 428/100 | |
| D387,003 | S * | 12/1997 | Au | D11/121 | |
| D404,681 | S * | 1/1999 | Galerneau | D11/121 | |
| D416,826 | S * | 11/1999 | Newsome | D11/121 | |
| D427,937 | S * | 7/2000 | Viele | D11/125 | |
| D432,942 | S * | 10/2000 | Rodriguez | D11/128 | |
| D435,803 | S * | 1/2001 | Viele | D11/121 | |
| 6,217,956 | B1 * | 4/2001 | Heidkamp | A47G 33/08 | |
| | | | | 283/110 | |
| D598,321 | S * | 8/2009 | Rosenkotter | D11/117 | |
| D598,806 | S * | 8/2009 | Rosenkotter | D11/117 | |
| D598,808 | S * | 8/2009 | Rosenkotter | D11/117 | |
| D603,291 | S * | 11/2009 | Wessling | D11/117 | |
| D604,664 | S * | 11/2009 | Mollaert | D11/121 | |
| D608,059 | S * | 1/2010 | McNaughton | D30/111 | |
| D687,340 | S * | 8/2013 | Rosenkotter | D11/121 | |
| D687,341 | S * | 8/2013 | Rosenkotter | D11/121 | |
| D698,690 | S * | 2/2014 | McHenry | D11/121 | |
| D713,265 | S * | 9/2014 | Cooper | D9/721 | |
| D824,230 | S * | 7/2018 | Crane | D8/38 | |
| D837,008 | S * | 1/2019 | Crane | D8/33 | |
| D846,869 | S * | 4/2019 | van Langen | D3/201 | |
| D848,051 | S * | 5/2019 | Huang | D26/104 | |
| D857,547 | S * | 8/2019 | Burke | D11/121 | |
| 2004/0137170 | A1 * | 7/2004 | Yu | B44C 5/00 | |
| | | | | 428/11 | |
| 2008/0160224 | A1 * | 7/2008 | Nakamura | A47G 33/0818 | |
| | | | | 428/7 | |

* cited by examiner



Fig. 1



Fig.2



Fig.3



Fig.4



Fig.5



Fig.6



Fig.7



Fig.8



Fig.9



Fig.10

# EXHIBIT D

Gmail

**Gavin Kovacs <gavin@ibbusa.com>**

## IBB QVC patented jewelry ornament

**Gavin Kovacs** <gavin@ibbusa.com> Tue, Jun 2, 2020 at 1:05 PM
To: Allison.Jaquett@qvc.com

Hi Allison,

Hope you and your family are well, we had spoken last year about potentially working on some initiatives together.

We have something that did amazing last year at retail and I think would do great for QVC, we created and patented a stand alone jewelry ornament box, and are able to apply different papers as well as inspirational angles to the ornament. as shown in the attachment. The concept is very fun and well executed. Would you be interested in this idea with everything going on we think it would be great and as of FALL 2019 has a proven track record.

In terms of product we could run 3-6 items in sterling and Swarovski CZ, covering key silhouettes such as snowflake ear and neck set etc.

Hope to hear from you soon and thanks!

Gavin

--
Gavin Kovacs
President
IBB
14051 NW 14th Street
Sunrise, FL 33323
gavin@ibbusa.com
(954) 660 6911

**IBB- QVC patented jewelry ornament.pdf**
2276K

IBB

QVC

IBB PATENTED JEWELRY ORNAMENT



ORNAMENT BOX STANDS UP WHEN OPENED









# EXHIBIT E

HPL INTELLECTUAL PROPERTY LAW
O: 310-979-3600
Admin@HPL.Law

Marc E. Hankin
Founding Partner
M: (310) 892-1613
Marc@HPL.Law

December 10, 2024

**Via Email Only**

**QVC, Inc.**
c/o Jenna Loadman; Megan Kearney
1200 Wilson Drive, MC-207
West Chester, PA 19380
Email: jenna.loadman@qvc.com; Megan.Kearney@qvc.com

Re: **QVC, Inc.'s Diamonique Puffed Pave Bale Initial Necklace with Box, Sterling Constitutes Patent Infringement of International Bullion and Metal Brokers USA, Inc.'s U.S. Design Patent No. D903,524**

To Whom It May Concern:

Our firm is Intellectual Property Litigation Counsel representing International Bullion and Metal Brokers USA, Inc. ("our Client" or "IBB"), which is the owner of U.S. Design Patent No. D903,524, for an Ornament ("the '524 Patent"). Our Client offers for sale an Ornament that embodies the '524 Patent ("the IBB Ornament").

It has come to our Client's attention that QVC, Inc. ("you" or "your") is infringing the '524 Patent. Specifically, you are selling a product named Diamonique Puffed Pave Bale Initial Necklace with Box, Sterling ("the Infringing Product"), in the United States, available at https://www.qvc.com/diamonique-puffed-pave-bale-initial-necklace-box%2C-sterling.product.J443770.html, which embodies the Patented Design of the '524 Patent.

When analyzing products for design patent infringement, "[t]he 'ordinary observer' test should be the sole test for determining whether a design patent has been infringed." *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F. 3d 665, 678 (Fed. Cir. 2008).

The ordinary observer test provides that, "if, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other." *Gorham Co.*

*v. White*, 81 U.S. 511 at 528. In the case before it, the Court concluded that "whatever differences there may be between the plaintiffs' design and those of the defendant in details of ornament, they are still the same in general appearance and effect, so much alike that in the market and with purchasers they would pass for the same thing — so much alike that even persons in the trade would be in danger of being deceived." *Id*. at 531.

Here, the Infringing Product and the '524 Patent are clearly identical, and a potential consumer would conclude that the designs "are so much alive that in the market and with purchasers they would pass for the same thing." The following comparisons show the '524 Patent on the left, the IBB Ornament in the middle and Infringing Product on the right:

| '524 Patent | IBB Ornament | Infringing Product |
|---|---|---|
|  |  |  |
|  |   |   |









As shown above, the Infringing Product is for all intents and purposes identical to the design protected by the '524 Patent and the IBB Ornament. There is simply no doubt that the Infringing Product embodies the Patented Design of the '524 Patent and our Client has not given you permission to use its patented shape.

Your manufacture, importation, use, advertisement, offer for sale, sale, and/or distribution of the Infringing Product in the United States is of grave concern to our Client and its legitimate business interests, and our Client will suffer extensive financial damage due to your infringing actions. You are hereby warned and notified to immediately **CEASE AND DESIST** your manufacture, importation, use, advertisement, offer for sale, sale, and/or distribution of the Infringing Product, or any other infringing products, in the United States without express permission to do so from our Client. Additionally, we **DEMAND** that you provide us with an accounting of your sales of the Infringing Product, including the number of units sold, average sale price per unit, costs for obtaining the units, net sales, gross revenue, and your profits related to your sales of the Infringing Product.

Thank you, in advance, for your anticipated cooperation in resolving this matter quickly and efficiently. **Please respond to this letter no later than the close of business on December 13, 2024**. If you have any questions, comments, or concerns, or wish to discuss this matter further, please contact the undersigned by telephone (310-979-3600) or email (marc@hpl.law).

Thank you very much,
**HPL Intellectual Property Law**
/Marc E. Hankin/
Marc E. Hankin, Esq.

cc: International Bullion and Metal Brokers USA, Inc.

# EXHIBIT F

E-Mail: jenna.loadman@qvc.com

***SENT VIA EMAIL***
marc@hpl.law

December 20, 2024

HPL Intellectual Property Law
Attn: Marc E. Hankin, Esq.
11414 Thurston Circle
Los Angeles CA 90049

Re: **Notice of Patent Infringement**
**QVC No.: J443770 – Diamonique Puffed Pave Bale Initial Necklace w/ Box, Sterling**
**J441859 – Diamonique Puffed Pave Bale Initial Necklace w/ Box, 14k Plated**
**J441798 - Diamonique Puffed Pave Bale Initial Necklace w/ Box, Sterling**

Dear Mr. Hankin:

We are in receipt of your correspondence dated December 10, 2024, alleging patent infringement by International Bullion & Metal Brokers concerning the Diamonique Puffed Pave Bale Initial Necklace w/ Box, Sterling. To date we have suspended sale of the following items:

QVC Item Nos.: **J443770 – Diamonique Puffed Pave Bale Initial Necklace w/ Box, Sterling**
**J441859 – Diamonique Puffed Pave Bale Initial Necklace w/ Box, 14k Plated**
**J441798 – Diamonique Puffed Pave Bale Initial Necklace w/Box, Sterling**

Please be assured that QVC respects the rights of third parties and allegations of infringement. The vendor that provided these products to QVC is:

**NES Jewelry, Inc.**
**Attention: Shanice White & Nemo Gindi**
shanice@thenesgroup.com
nemo@thenesgroup.com
**43 Samworth Road**
**Clifton, NJ 07012**

Having reviewed your complaint, we recommend you address any issues you may have directly with the vendor.

QVC expressly reserves all rights with respect to this matter. If you have any further questions or concerns, please contact me at the email address listed above.

Sincerely,

*/S/ Jenna Loadman*

Jenna Loadman
Assistant General Counsel, Intellectual Property

JML:sms

**Commented [MK1]:** There is no telephone number. Can you please remove this form all future letters?

**Commented [SS2R1]:** Updated. Sorry about that, some of the stuff autofills even when I save as a new version. I'll stop using autofill forms for these letters because I always miss something like this.

# EXHIBIT G

Amster Rothstein & Ebenstein LLP

405 Lexington Avenue
New York NY 10174

Main 212 336 8000
Fax 212 336 8001
Web www.arelaw.com

Douglas A. Miro
E-mail dmiro@arelaw.com

January 9, 2025

**Via E-mail (Marc@HPL.Law)**
Marc E. Hankin
HPL Intellectual Property Law
11414 Thurston Circle
Los Angeles, CA 90049

Re: U.S. Patent No. D903,524
Our File: 62073-65

Dear Mr. Hankin:

We represent NES Jewelry, Inc. NES is the supplier of the Diamonique Puffed Pave Initial Necklace with Box, Sterling to QVC Inc. that your client International Bullion and Metal Brokers U.S.A., Inc. alleges infringes U.S. Patent No. D903,523. Please direct all future correspondence related to this matter to the undersigned.

We are reviewing the allegations in your letter of December 10, 2024 to QVC and will revert to you shortly.

*Nothing contained herein shall be deemed to constitute a waiver of any of our client's rights or remedies, each of which is expressly reserved.*

Very truly yours,

AMSTER, ROTHSTEIN & EBENSTEIN LLP

Douglas A Miro

Douglas A. Miro

DAM/KJB:fb

cc: Keith J. Barkaus, Esq.